IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDDIE BAKER, JR.,

    Petitioner,

v.

LOUIS WILLIAMS, II,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-136-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Eddie Baker Jr.'s petition for a writ of habeas corpus and dismissing this case.

/s/                                                        3/23/2018

Peter Oppeneer, Clerk of Court                      Date