IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDDIE BAKER, Jr.,
    Petitioner,

v.                                  Case No. 17-cv-136±wmc

MATTHEW MARSKE, Warden,
    Respondent.

## NOTICE OF APPEAL

    Eddie Baker, the Petitioner, hereby tenders a 'Notice of Appeal' to the district court's September 10, 2019 "ORDER."

Date: September 18, 2019

Respectfully submitted,

*Eddie Baker*
EDDIE BAKER Jr.
06233-089
Pro se
OXFORD FCI
P.O. Box 1000
Oxford, WI 53952